## Stark Brothers Nursery and Orchard Company v. John H. Hall.

1. APPELLATE COURT PRACTICE—*Failure to File Briefs.*—When the defendant in error fails to file a brief, the court may, for that reason, reverse and remand the case.

Transcript from a Justice of the Peace.—Error to the Circuit Court of Pike County; the Hon. JEFFERSON ORR, Judge, presiding. Heard in this court at the November term, 1894. Reversed and remanded. Opinion filed June 3, 1895.

MATTHEWS, HIGBEE & GRIGSBY, attorneys for plaintiff in error.

PER CURIAM.

The defendant in error has failed to file brief as required by the rule of this court. The question involved is of some importance and we think it a proper case in which to enforce the rule. The judgment will, for that reason, be reversed and the cause remanded.